UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| EUGENE WRIGHT | CIVIL ACTION NO. 12-1954-P |
| VERSUS | JUDGE HICKS |
| JENIFER WARD CLASON | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including written objections filed by Plaintiff, and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights claims for declaratory and injunctive relief are **DISMISSED WITH PREJUDICE** as frivolous pursuant to Section 1915(e) until such time as the Heck conditions are met.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, on this the 17th day of June 2013.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE